NATIONAL R. CO. OF MEXICO v. O'LEARY.

(Circuit Court of Appeals, Fifth Circuit. November 23, 1903.)

No. 1,288.

1. REVIEW ON ERROR—CASE TRIED TO COURT.
  Where a jury was waived by stipulation in the Circuit Court, the finding of the court was general, and no bills of exceptions were taken to the rulings during the progress of the trial, the record presents no question for review by the appellate court.

In Error to the Circuit Court of the United States for the Southern District of Texas.

Thos. W. Dodd, for plaintiff in error.

W. W. King, for defendant in error.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. As by written stipulation a jury was waived in this case, the finding of the court was general, and no bills of exception were taken to the rulings during the progress of the trial, the record presents no question for this court for review. Rev. St. §§ 649–700 [U. S. Comp. St. 1901, pp. 525, 570].

The judgment of the Circuit Court is affirmed.